UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MITCHELL DEWAYNE MOSS,** Plaintiff, vs. **GENESEE COUNTY JAIL MEDICAL DEPARTMENT,** Defendants. | **2:21-CV-13066-TGB-DRG** **JUDGMENT** |

In accordance with the Opinion and Order issued on this date;

It is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: January 31, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE